VICTOR BONHAM v. STATE.

No. A-1054. Opinion Filed January 3, 1912.

Appeal from Coal County Court; R. H. Wells, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Victor Bonham, plaintiff in error, was convicted in the county court of Coal county on an information which charged the offense of having possession of intoxicating liquor with the intention of selling the same. January 27, 1911, judgment was entered. When the case was called on the assignment of this term the Attorney General moved in open court to affirm for failure to prosecute. No briefs have been filed and no appearance made on behalf of plaintiff in error. The motion to affirm is therefore sustained and the cause remanded with direction to enforce the judgment therein.

---

A. L. RHOADS v. STATE.

No. A-870. Opinion Filed January 3, 1912.

Appeal from Canadian County Court; H. L. Fogg, Judge.

R. B. Forrest, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. A. L. Rhoads, plaintiff in error, was convicted in the county court of Canadian county, and was sentenced to pay a fine of one hundred dollars. The judgment was entered May 25, 1910. An examination of the record fails to disclose any prejudicial error. All the questions raised by the petition have heretofore been settled by the decisions of this court. Finding no prejudicial error in the proceedings had, the judgment of the county court of Canadian county is affirmed, and the cause remanded thereto, with direction to enforce the judgment and sentence.